IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GENESIS EXTRACTIONS, LLC,
*a New Mexico limited liability company*,

      Plaintiff,

vs.                                               CIV 20-0165 KG/KRS

THE PLUG SUPPLY,
*a Colorado limited liability company*, *et al*.,

      Defendants.

## **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **WEDNESDAY, JUNE 10, 2020, AT 1:30 PM (MDT)**.  Counsel shall call the AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.   CALLS WILL BE ACCEPTED FROM LANDLINES ONLY; NO CELL PHONES PLEASE.

                                              _____
                                              UNITED STATES DISTRICT JUDGE