# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GENESIS EXTRACTIONS, LLC,
a New Mexico limited liability company,

    Plaintiff,

vs.   No. 2:20-CV-00165-KG-KRS

THE PLUG SUPPLY, a Colorado limited liability company, BLUE GRASS HEMP WORKS, LLC, a Kentucky limited liability company, and W3 HEMP FARM, INC., a Kentucky corporation,

    Defendants,

and

THE PLUG SUPPLY, a Colorado limited liability company,

    Cross-Claimant,

vs.

BLUE GRASS HEMP WORKS, LLC, a Kentucky limited liability company, and W3 HEMP FARM, INC., a Kentucky corporation,

    Defendants.

## STIPULATED ORDER REGARDING DISPOSITION OF INTERPLEADED PROPERTY SOURCED FROM HEMP GROWN BY BLUEGRASS HEMP WORKS, LLC AND DISMISSAL OF CLAIMS

    THIS MATTER having come before the Court on the stipulation of Genesis Extractions, LLC, The Plug Supply, LLC, and Bluegrass Hemp Works, LLC, to the following relief, in conjunction with the stipulation between Genesis Extractions, The Plug Supply, and W3 Hemp Farms, Inc., and the Court being otherwise duly and sufficiently advised;

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

A. Genesis Extractions shall retain and have immediate exclusive ownership of 32.5% of the CBD oil interpleaded with the Court by Genesis Extractions and currently being stored by Genesis Extractions that was sourced from hemp grown by Bluegrass Hemp Works.

B. Upon payment to Genesis of its legal fees in amounts agreed among the parties, the remaining 67.5% of the CBD oil interpleaded with the Court by Genesis Extractions and currently being stored by Genesis Extractions that was sourced from hemp grown by Bluegrass Hemp Works shall be released from interpleader and Genesis Extractions shall turn over possession of said CBD oil to The Plug Supply at Genesis Extractions' principal place of business on a mutually convenient time and date, but as soon as is commercially practicable. Genesis Extractions releases all claims to ownership to the 67.5% of the CBD oil released to The Plug Supply that was sourced from hemp grown by Bluegrass Hemp Works.

C. All claims which were asserted, or which could have been asserted, between Bluegrass Hemp Works and Genesis Extractions in this matter are hereby dismissed with prejudice.

D. All claims which were asserted, or which could have been asserted, between The Plug Supply and Genesis Extractions which were related to or arising out of the crude oil sourced from hemp grown by Bluegrass Hemp Works in this matter are dismissed with prejudice.

E. All claims which were asserted, or which could have been asserted, between The Plug Supply and Bluegrass Hemp Works in this matter are dismissed without prejudice.

F. Genesis Extractions, The Plug Supply, and Bluegrass Hemp Works are to bear their own costs and legal fees with respect to the dismissed claims except as may have been agreed-to between the parties.

Dated this 2nd day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

**Stipulated and Agreed:**

HINKLE SHANOR LLP:

By:    s/ per emailed authority dated 7/1/2020
      Benjamin F. Feuchter
      Sabrina Rodriguez Salvato
      7601 Jefferson St. NE, Suite 180
      Albuquerque, NM 87109
      (505) 858-8320
      bfeuchter@hinklelawfirm.com
      ssalvato@hinklelawfirm.com

*Attorneys for Defendant The Plug Supply*

MILLER STRATVERT P.A.:

By:    s/ per emailed authority dated 7/1/2020
      Dylan O'Reilly
      Michael R. Bebeau
      200 W. DeVargas St., Suite 9
      Santa Fe, NM  87501
      (505) 989-9614
      doreilly@mstlaw.com
      mbebeau@mstlaw.com

*Attorneys for Genesis Extractions, LLC*

WELBORN SULLIVAN MECK & TOOLEY, P.C.:

By:       *s/ James M. Noble*
      James M. Noble, N.M. Bar #15619
      1125 - 17th St., Suite 2200
      Denver, CO  80202
      (303) 830-2500
      jnoble@wsmtlaw.com
      and
      Justin L. Knappick
      Dressman Benzinger LaVelle PSC
      207 Thomas More Parkway
      Crestview Hills, KY  41017
      (859) 341-1881
      bweber@dbllaw.com/jknappick@dbllaw.com
*Attorneys for Bluegrass Hemp Works, LLC*