# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GENESIS EXTRACTIONS, LLC,
a New Mexico limited liability company,

    Plaintiff,

vs.                                                                     No. 2:20-CV-00165-KG-KRS

THE PLUG SUPPLY, a Colorado limited liability
company, BLUE GRASS HEMP WORKS, LLC, a
Kentucky limited liability company, and W3 HEMP
FARM, INC., a Kentucky corporation,

    Defendants,

and

THE PLUG SUPPLY, a Colorado limited liability
company,

    Cross-Claimant,

vs.

BLUE GRASS HEMP WORKS, LLC, a
Kentucky limited liability company, and W3 HEMP
FARM, INC., a Kentucky corporation,

    Defendants.

## STIPULATED ORDER REGARDING DISPOSITION OF CERTAIN COLLATERAL AND DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE

       THIS MATTER having come before the Court on the stipulation of Genesis Extractions, LLC, The Plug Supply, and W3 Hemp Farm, Inc., to the following relief, and the Court being advised in the premises;

       IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

       A.     Genesis Extractions shall retain and have immediate exclusive ownership of 32.5% of the CBD oil interpleaded with the Court by Genesis Extractions and currently being stored by

1

Genesis Extractions that was sourced from hemp grown by producers other than Blue Grass Hemp Works, LLC.

B. The Plug Supply shall have immediate exclusive ownership of the remaining 67.5% of the CBD oil interpleaded with the Court by Genesis Extractions and currently being stored by Genesis Extractions that was sourced from hemp grown by producers other than Blue Grass Hemp Works. The non-BGHW CBD oil is released from interpleader and Genesis Extractions shall turn over possession of said non-BGHW oil to The Plug Supply at Genesis Extractions' principal place of business on a mutually convenient time and date, but as soon as is commercially practicable.

C. All claims which were asserted, or which could have been asserted, between The Plug Supply, and W3 Hemp Farm, and between W3 Hemp Farm and Genesis Extractions in this matter are hereby dismissed with prejudice; all claims which were asserted, or which could have been asserted between Genesis Extractions and The Plug Supply which were related to or arising out of the non-BGHW oil are dismissed with prejudice; W3 Hemp Farm, Genesis Extractions and The Plug Supply are to bear their own costs and legal fees with respect to the dismissed claims except as may have been agreed-to in a settlement agreement between the parties.

D. For the sake of clarity, nothing in this Order pertains to CBD oil interpleaded with the Court by Genesis Extractions and currently being stored by Genesis Extractions that was sourced from hemp grown by Blue Grass Hemp Works, or to any claims asserted by or against Blue Grass Hemp Works in this matter.

_____
UNITED STATES DISTRICT JUDGE

Stipulated and Agreed:

HINKLE SHANOR LLP

By  */s/ Benjamin F. Feuchter*
    Benjamin F. Feuchter
    Sabrina Rodriguez Salvato
    7601 Jefferson St. NE, Suite 180
    Albuquerque, NM 87109
    (505) 858-8320
    bfeuchter@hinklelawfirm.com
    ssalvato@hinklelawfirm.com
    *Attorneys for Defendant The Plug Supply*

MILLER STRATVERT P.A.

By  *Approved via email 5/27/20*
    Dylan O'Reilly
    Michael R. Bebeau
    200 W. DeVargas St., Suite 9
    Santa Fe, NM 87501
    (505) 989-9614
    doreilly@mstlaw.com
    mbebeau@mstlaw.com
    *Attorneys for Genesis Extractions, LLC*

BOWLES LAW FIRM

By  *Approved via email 5/27/20*
    Jason Bowles
    4811 Hardware NE, Bldg. D, Suite 5
    Albuquerque, NM 87109
    (505) 217-2680
    jason@bowles-lawfirm.com
    *Attorneys for W3 Hemp Farm, Inc.*